# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TERRANCE WASHINGTON, | : | No. 42 EAP 2024 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court dated March |
| | : | 19, 2024, at 10 MD 2024. |
| v. | : | |
| | : | |
| | : | |
| LAUREL HARRY (ACTING SECRETARY | : | |
| OF THE DOC) AND P. DAMITER (CCPM | : | |
| @ SCI FRACKVILLE), | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                          **DECIDED: November 20, 2024**

    **AND NOW,** this 20th day of November, 2024, the order of the Commonwealth Court is **AFFIRMED**.